**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CONSTANCE LORRAINE, | ) | 3:16-cv-00409-MMD-WGC |
| Plaintiff, | ) | |
| vs. | ) | |
| NORMAN L. WALLIN, *et al.*, | ) | |
| Defendants. | ) | |
| SANTANDER CONSUMER USA, INC., | ) | 3:17-cv-00131-MMD-WGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CONSTANCE LORRAINE, | ) | |
| Defendant. | ) | |

The court has been advised that Plaintiff submitted a summons in *Santander v. Lorraine,* 3:17-cv-131-MMD-WGC (*Santander*), seeking to have the U.S. Marshal serve "Fiat of Reno." The U.S. Marshal has filed a "Process Receipt and Return" advising that the summons was not executed because no order for service by the Marshal has been entered by the court in *Santander*. (ECF No. 6.)

The Marshal is correct as no service order was entered in *Santander*. It appears to the court Plaintiff is confusing the role, if any, of Fiat of Reno in another case Plaintiff has pending, *Lorraine v. Wallin*, 3:16-cv-409-MMD-WGC (*Lorraine*). Plaintiff recently added Fiat of Reno as a Defendant to the *Lorraine* action. *See* ECF No. 50.[1] The court presumes Ms. Lorraine meant to have the summons issued for Fiat of Reno in the *Lorraine* action instead of *Santander*.

---

[1] Plaintiff was permitted to proceed with her amended complaint, adding Fiat of Reno as a Defendant. (ECF No. 50 at 12.) The Clerk was instructed to issue a Summons for Defendant Fiat of Reno and Plaintiff was given twenty (20) days to complete the USM-285 form and return the same to the U.S. Marshal to complete service upon Fiat of Reno.

Interpreting Plaintiff's efforts to serve Fiat of Reno in the *Lorraine* case (as opposed to the *Santander* case), the Clerk shall send Plaintiff a copy of the amended complaint in *Lorraine* (ECF No. 48) and service of process form USM-285.  Plaintiff shall have twenty (20) days from the date of this order to complete the USM-285 form and return it the U.S. Marshal to complete service upon Fiat of Reno. Plaintiff should utilize the *Lorraine* case name and case number. Within twenty (20) days of receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff is directed to file a notice with the court indicating whether Fiat of Reno was served.  If service was not effectuated, and if Plaintiff wishes to have service attempted again, she must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.  Plaintiff is reminded that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within ninety days of the filing of the amended complaint.

**IT IS SO ORDERED.**

DATED:  March 16, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE