J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Plaintiff*
*Santander Consumer USA Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE LORRAINE,<br><br>Defendant. | Case No.: 3:17-cv-00131-MMD-WGC<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Santander Consumer USA Inc. d/b/a Chrysler Capital (hereinafter "Santander"), hereby authorizes and consents to the substitution of Lewis Roca Rothgerber Christie LLP as counsel of record in the place of Aaron M. Waite of Weinstein & Riley, P.S.

Dated this 21 day of March, 2017.

SANTANDER CONSUMER USA INC.

By: _____

///
///
///
///
///

100299166_1

Aaron M. Waite, Esq. of the law firm of WEINSTEIN & RILEY, P.S. hereby approves and consents to the substitution of the law firm Lewis Roca Rothgerber Christie LLP, in our place as attorneys of record for Santander in this action.

Dated this 27 day of March, 2017.

WEINSTEIN & RILEY, P.S.

By: _____
Aaron M. Waite
6785 S. Eastern Avenue, Ste. 4
Las Vegas, NV 89119
T: (844) 640-5411
E-mail: aaronw@w-legal.com

J Christopher Jorgensen, Esq. of the law firm of Lewis Roca Rothgerber Christie LLP hereby approves and consents to its substitution in the place of Weinstein & Riley, P.S. as counsel of record for Santander in this action.

Dated this 27 day of March, 2017.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: _____
J Christopher Jorgensen (#5382)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
T: (702) 949-8200
E-mail: cjorgensen@lrrc.com

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2017.